IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD W. FIELDS 2ND, | |
| Plaintiff, | 8:20CV131 |
| vs. | |
| DOUGLAS COUNTY CORRECTIONS, ASHLEY HAMILTON, Corrections Officer II; NEMANJA VIDAKOVIC, Corrections Officer; and OTTE, Corrections Officer II; | MEMORANDUM AND ORDER |
| Defendants. | |

    This matter is before the court on what the court construes as a motion for discovery (filing no. 6.) and motion for subpoena (filing no. 7). However, no discovery may take place in this case at this time. Before this matter may proceed, Plaintiff is required to pay an initial partial filing fee of $6.03. Once payment is made, the court is required to review Plaintiff's Complaint to determine whether summary dismissal is appropriate. *See* 28 U.S.C. § 1915(e)(2). The court must dismiss a complaint or any portion thereof that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

    The court has not yet conducted an initial review of Plaintiff's Complaint pursuant to section 1915(e). No discovery may take place in this case unless the court determines that this matter may proceed to service of process.

    IT IS THEREFORE ORDERED that: Plaintiff's motions (filing no. 6; filing no. 7) are denied.

Dated this 17th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge