IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD W. FIELDS 2ND,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY CORRECTIONS; ASHLEY HAMILTON, Corrections Officer II; NEMANJA VIDAKOVIC, Corrections Officer; and OTTE, Corrections Officer II,<br><br>        Defendants. | **8:20CV131**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on its own motion. On October 8, 2020, the court ordered Plaintiff to apprise the court of his current address and to either file a new request for leave to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees within 30 days. (Filing 12.) The court cautioned Plaintiff that failure to take these actions would result in dismissal of his claims against Defendants without further notice. (*Id.*) The court's order has been returned to the court by the United States Postal Service as undeliverable with no forwarding address. (Filing 13.)

      IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants are dismissed without prejudice, and judgment shall be entered by separate document.

      DATED this 12th day of November, 2020.

                                            BY THE COURT:

                                            *Richard G. Kopf*
                                            Richard G. Kopf
                                            Senior United States District Judge